**Opinion issued February 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00535-CV

———————————

**VALERIE SIMMONS AND STANLEY SIMMONS, Appellants**

**V.**

**VIRGINIA STEVENSON, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Brazoria County, Texas**
**Trial Court Case No. CI67326**

---

## MEMORANDUM OPINION

Appellants, Valerie Simmons and Stanley Simmons, proceeding pro se, filed a notice of appeal from the trial court's August 19, 2024 final judgment. Appellants have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The record in this appeal was due on or before October 30, 2024. The clerk's record was filed on September 11, 2024, and the reporter's record was filed on October 25, 2025. Accordingly, appellants' brief was due on November 25, 2024. *See* TEX. R. APP. P. 38.6(a). Appellants failed to timely file a brief.

On December 16, 2024, the Clerk of this Court notified appellants that the time for filing a brief had expired and the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellants did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.